# DENIED
## BY ORDER OF THE COURT
## NO SHOWING OF GOOD CAUSE

4/24/19

*[signature: John F. Walter]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS VUITTON MALLETIER, S.A., a French société anonyme; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-10758-JFW(RAOx)<br><br>Assigned to Hon. John F. Walter<br><br>**[PROPOSED] ORDER ON STIPULATION RE: HEARING DATE ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Old Hearing Date:    May 20, 2019<br>New Hearing Date:   June 10, 2019 |

Based upon the Stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

The hearing on Defendant's Motion to Dismiss the First Amended Complaint will be heard on Monday, June 10, 2019, at 1:30 p.m. in this Court, with any Opposition to be filed and served by May 13, 2019 and any Reply to be filed and served by May 28, 2019.

DATED: _____

JOHN F. WALTER, U.S. DISTRICT JUDGE